PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA GARCIA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ARIAT INTERNATIONAL, INC., a California corporation, d/b/a WWW.ARIAT.COM,<br><br>Defendants. | Case No. 2:25-cv-01784-JPR<br>Assigned to Judge Jean P. Rosenbluth<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: January 21, 2025<br>Removed: March 4, 2025 |

- 1 -

1    TO THE COURT, CLERK AND ALL PARTIES OF RECORD, please take notice
2    that Plaintiff Silvia Garcia ("Plaintiff") respectfully requests dismissal of the instant
3    action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure *with*
4    *prejudice* as to the Plaintiff's individual claims, and *without prejudice* as to the putative
5    class.  There has been no responsive pleading or motion filed, no class has been certified,
6    and there is no settlement or concession of class interests.

7    For all the foregoing reasons, the Plaintiff respectfully requests that the Court enter
8    a dismissal of this action *with prejudice* as to the named Plaintiff and *without prejudice*
9    as to the putative class.

10   Respectfully submitted,

11   Dated:  March 13, 2025          PACIFIC TRIAL ATTORNEYS

12                                   By: */s/ Scott J. Ferrell*
13                                   Scott J. Ferrell
                                     Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2025, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.